# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2553
_____

SOUTHWIND MANUFACTURING,
LC, and INSURANCE COMPANY
OF THE WEST,

     Appellants,

     v.

CRYSTAL DAVIS,

     Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Timothy S. Stanton, Judge.

Date of Accident: March 15, 2021.


January 29, 2024

PER CURIAM.

     AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and NORDBY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Scott A. Cole and Francesca M. Stein of Cole, Scott & Kissane, P.A., Miami, Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, and Neil Ambekar of Conroy Simberg, Orlando, for Appellants.

Adam Ross Littman of Adam Ross Littman, P.A., Winter Park, and Thomas Warren Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellee.